IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF NEW YORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-01349-EGS |

**JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE**

Plaintiffs and Defendants (collectively, "parties") hereby respectfully move to modify the briefing schedule in this case. The reasons for this motion are set forth further below:

1. On September 3, 2021, the parties filed a Joint Status Report and Motion to Set a Briefing Schedule, ECF No. 8. On September 14, 2021, pursuant to this Court's order, the parties filed a Supplement to the Joint Status Report and Motion to Set a Briefing Schedule, ECF No. 13.

2. On September 14, 2021, the Court entered a Minute Order granting the Joint Motion for a Briefing Schedule, and set the following summary judgment briefing schedule.

| Plaintiffs' Motion for Summary Judgment | September 20, 2021 |
|---|---|
| Defendants' Cross-Motion for Summary Judgment | October 11, 2021 |
| Plaintiffs' Response/Reply | October 22, 2021 |
| Defendants' Response/Reply | November 8, 2021 |

3. Consistent with this schedule, Plaintiffs filed their Motion for Summary Judgment on September 20, 2021. *See* Pls.' Mot. for Summary Judgment, ECF No. 14.

4. On October 1, 2021, Plaintiffs also filed Plaintiffs' Statement of Material Facts As To Which There Is No Genuine Issue, ECF No. 16. Plaintiffs transmitted a Word version of this document to Defendants on October 2, 2021.

5. Defendants' Cross-Motion for Summary Judgment is due on October 11, 2021. Thus, under the current schedule, Defendants would have only ten days (including weekends and federal holidays) to respond to Plaintiffs' Statement of Material Facts, if Defendants were to file their response at the same time as their Cross-Motion.

6. In order to allow Defendants adequate time to respond to Plaintiffs' Statement of Material Facts (and to align the filing of that response with the filing of Defendants' Cross-Motion for Summary Judgment), the parties respectfully request that the Court extend the deadline for Defendants' Cross-Motion to October 22, 2021.

7. The parties further request that the Court adjust the remaining deadlines in the summary judgment briefing schedule to account for this extension, resulting in the following briefing schedule:

| Defendants' Cross-Motion for Summary Judgment | October 22, 2021 |
|---|---|
| Plaintiffs' Response/Reply | November 2, 2021 |
| Defendants' Response/Reply | November 19, 2021 |

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court modify the summary judgment briefing schedule as described above. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: October 6, 2021 | Respectfully submitted, |
| Jeff D. Joseph<br>Joseph & Hall P.C.<br>12203 East Second Avenue<br>Aurora, CO 80011<br>(303) 297-9171<br>jeff@immigrationissues.com<br>D.D.C. Bar ID: CO0084 | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>BRIGHAM J. BOWEN<br>Assistant Director, Federal Programs Branch |
| Jesse Matthew Bless<br>American Immigration<br>Lawyers Association<br>1331 G Street NW, Ste. 300<br>Washington, D.C. 20005<br>jbless@aila.org<br>D.D.C. Bar No: MA0020 | */s/ Alexandra R. Saslaw*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>ALEXANDRA R. SASLAW<br>D.C. Bar 1618175<br>LAUREL H. LUM<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch |
| Greg Siskind<br>Siskind Susser PC<br>1028 Oakhaven Rd.<br>Memphis, TN 39118<br>giskind@visalaw.com<br>D.D.C. Bar ID: TN0021 | P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 514-4520<br>Email: alexandra.r.saslaw@usdoj.gov<br><br>*Counsel for Defendants* |
| Charles H. Kuck<br>Kuck Baxter Immigration<br>365 Northridge Rd, Suite 300<br>Atlanta, GA 30350<br>ckuck@immigration.net<br>D.D.C. Bar ID: GA429940<br><br>*Counsel for Plaintiffs* | |