IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMANE SOCIETY OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No. 1:21-cv-01349-EGS |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

This case involves a challenge to the Department of Homeland Security's final rule, *Modification of Registration Requirement for Petitioners Seeking to File Cap-Subject H-1B Petitions*, 86 Fed. Reg. 1,676 (Jan. 8, 2021) ("Final Rule"). On September 20, 2021, Plaintiffs filed a Motion for Summary Judgment asking the Court to set aside and vacate the Final Rule.

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendants Alejandro Mayorkas, in his official capacity as Secretary of Homeland Security, Department of Homeland Security ("DHS"), and United States Citizenship and Immigration Services ("USCIS") (collectively, "Defendants") hereby cross-move for summary judgment for the reasons set forth in the accompanying Memorandum in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment. A proposed order is filed herewith.

Dated:  October11, 2021                                      Respectfully submitted,

1

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

<u>*/s/ Alexandra R. Saslaw*</u>
CAROL FEDERIGHI
Senior Trial Counsel
ALEXANDRA R. SASLAW
D.C. Bar No. 1618175
LAUREL H. LUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*