**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HUMANE SOCIETY OF NY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01349-EGS |

**UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE THE JOINT APPENDIX OF THE ADMINISTRATIVE RECORD**

Following the completion of briefing in this case, the parties entered into settlement negotiations. There is now a good-faith reason to believe that the parties will reach an agreement in the near future that will fully resolve this matter. However, the parties need additional time to confer and fully resolve the issues presented. In light of the current state of play, plaintiffs hereby move for a sixty-day extension of time to file the Joint Appendix of the Administrative Record which is due on December 6, 2021. Plaintiffs conferred with opposing counsel and they expressed support for the requested extension. The parties anticipate that sixty days will allow the parties to exhaust the possibility of resolving this case without further involvement of the court and move for a dismissal of this matter.

\*\*\*\*

Respectfully Submitted this 6th day of December 2021,

| | |
|---|---|
| <u>/s/JESSE M. BLESS</u><br>Jesse M. Bless<br>American Immigration<br>Lawyers Association<br>1331 G Street NW, Ste. 300<br>Washington, D.C. 20005<br><u>jbless@aila.org</u><br>D.D.C. Bar No: MA0020 | Greg Siskind<br>Siskind Susser PC<br>1028 Oakhaven Rd.<br>Memphis, TN 39118<br><u>giskind@visalaw.com</u><br><u>          D.D.C. Bar ID: TN0021</u> |
| <u>/s/Jeff D. Joseph</u><br>Jeff D. Joseph<br>Berry, Appleman & Leiden, LLP<br>12203 East Second Avenue<br>Aurora, CO  80011<br>Jjoseph@bal.com<br>D.D.C. Bar ID: CO0084 | Charles H. Kuck<br>Kuck Baxter Immigration<br>365 Northridge Rd, Suite 300<br>Atlanta, GA 30350<br><u>ckuck@immigration.net</u><br>D.D.C. Bar ID: GA429940 |

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On December 6, 2021, the foregoing was filed on the Court's CM/ECF system, and with electronic notification of such filing transmitted to counsel of record.

Respectfully Submitted,

| | |
|---|---|
| /s/JESSE M. BLESS<br>Jesse M. Bless<br>American Immigration<br>Lawyers Association<br>1331 G Street NW, Ste. 300<br>Washington, D.C. 20005<br>jbless@aila.org<br>D.D.C. Bar No: MA0020 | Greg Siskind<br>Siskind Susser PC<br>1028 Oakhaven Rd.<br>Memphis, TN 39118<br>giskind@visalaw.com<br>D.D.C. Bar ID: TN0021 |
| /s/Jeff D. Joseph<br>Jeff D. Joseph<br>Berry, Appleman & Leiden, LLP<br>12203 East Second Avenue<br>Aurora, CO  80011<br>Jjoseph@bal.com<br>D.D.C. Bar ID: CO0084 | Charles H. Kuck<br>Kuck Baxter Immigration<br>365 Northridge Rd, Suite 300<br>Atlanta, GA 30350<br>ckuck@immigration.net<br>D.D.C. Bar ID: GA429940 |

*Attorneys for Plaintiffs*