**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

HUMANE SOCIETY OF NEW YORK, *et al.*,

Plaintiffs,

v.

ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*,

Defendants.

Civil Action No. 1:21-cv-01349-EGS

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that this action should be dismissed without prejudice. The parties further agree that each party shall bear its own fees and costs.

Dated: February 14, 2022

Respectfully submitted,

/s/*Charles H. Kuck*
Charles H. Kuck
Kuck Baxter Immigration
365 Northridge Rd, Suite 300
Atlanta, GA 30350
ckuck@immigration.net
D.D.C. Bar ID: GA429940

Jeff D. Joseph
Berry, Appleman & Leiden, LLP
12203 East Second Avenue
Aurora, CO 80011
jjoseph@bal.com
D.D.C. Bar ID: CO0084

Greg Siskind
Siskind Susser PC
1028 Oakhaven Rd.
Memphis, TN 39118
giskind@visalaw.com
D.D.C. Bar ID: TN0021

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Alexandra R. Saslaw*
CAROL FEDERIGHI
Senior Trial Counsel
ALEXANDRA R. SASLAW
(D.C. Bar. No. 1618175)
LAUREL H. LUM
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*